■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEFFON BRIDGES, Appellant. [39 NYS3d 772]—Judgment, Supreme Court, Bronx County (Patricia DiMango, J.), rendered September 16, 2013, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of four years, unanimously affirmed.

The court properly exercised its discretion in enhancing defendant's negotiated sentence from three to four years due to his failure to appear in court on time for sentencing, where defendant had previously not been on time and the court had warned him that it would sentence him to as much as seven years if he did not appear on time for sentencing (*see People v Marrero*, 246 AD2d 402 [1st Dept 1998], *lv denied* 91 NY2d 975 [1998]). We perceive no basis for reducing the sentence. Concur—Friedman, J.P., Andrias, Moskowitz, Gische and Gesmer, JJ.